p.2
TROR x
STBN x
CASO

CAUSE NO. 2014-66185

| | | |
|---|---|---|
| TRYALL OMEGA, INC. and TRYALL, INC. | § § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § § § | |
| V. | § § | |
| GULF COAST MINERAL, LLC, GARY BILLINGSLEY AND GENESIS ENERGY, LLC | § § § § § § | HARRIS COUNTY, TEXAS |
| *Defendant.* | § § § | 215 JUDICIAL DISTRICT |

FILED
Nov 1 2 2014
Chris Daniel
District Clerk
Harris County, Texas
By _____ Deputy
Time: _____

## TEMPORARY RESTRAINING ORDER AND ORDER SETTING HEARING FOR TEMPORARY INJUCTION

ON THIS DAY came on to be heard the Plaintiffs' Application for Temporary Restraining Order. The Court, having reviewed the pleadings filed in this cause, and the arguments of legal counsel, finds there is evidence that: (i) this Court has jurisdiction and venue over these proceedings; (ii) harm is imminent and the Plaintiffs will suffer irreparable harm, and (iii) the temporary restraining order should be granted. The Court further finds that the Plaintiffs will likely succeed on the merits and that without this temporary restraining order the Plaintiffs will likely suffer irreparable harm for which there is no adequate remedy at law. See *Ogden v. Coleman* 660 S.W.2D 578, 583 (Tex. App.-Corpus Christi, no writ). It is therefore

ORDERED that the Court hereby restrain the Defendants, their agents, employees, directors, shareholders, and legal counsel from selling, conveying or assigning Plaintiffs' Working Interest (the "Interest") which is the subject matter of this lawsuit and is commonly known as A 49% working interest in the Pleasant Home Unit, covering Section 31, Township

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

1

Certified Document Number: 63153468 - Page 1 of 2

EXHIBIT B

3 North, Range 15 East, Covington, County, Alabama, ~~as well as from taking any legal action to sales related collateral by UCC sales or mortgage foreclosure on the aforementioned Interest~~. It is further

ORDERED that the Court hereby restrains the Defendant [Gulf Coast Minerals & Genesis Energy LLC], ~~their~~ agents, employees, directors, shareholders, and legal counsel from assigning conveying or redirecting Plaintiff, [production payments associated with] Tryall Omega, Inc.'s Working Interest ~~production payments~~ generated from the sale of oil & gas in the Smak-Dixon lease between Defendants. It is further

ORDERED that the Court hereby ~~grants a temporary restraining order placing any~~ [restrains the Gulf Coast Minerals, from assessing any penalties under Article VI. B. 2 during the period of this temporary restraining order] ~~sales proceeds from the sale of Plaintiff's working Interest and any related proceeds from the sale of oil & gas production between Defendants in the Smak-Dixon Leases into escrow accounts, or in a constructive trust for the benefit of Plaintiffs~~. It is further

ORDERED that the temporary injunction hearing is set for the **21ST** day of **NOV.**, 2014 starting at **1:00** ~~a.m.~~/p.m. to determine whether this temporary restraining order should be made a temporary injunction pending a full trial on the merits. It is further

ORDERED that the Plaintiff's bond is hereby set at $ **1,000.00**, and the temporary restraining order shall issue immediately upon the Plaintiff's posting of said bond. It is further

ORDERED that the temporary restraining order expires on the **26TH** day of **November**, 2014 at **5:10** ~~a.m.~~/p.m., [or until further order of the Court.]

SIGNED this the **12TH** day of **November**, 2014.

_____
JUDGE PRESIDING



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   November 20, 2014

Certified Document Number:        63153468 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**